| PROB 22<br>(Rev. 2/88) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)*<br>03-CR-20017-05 |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE<br><br>Terry Paul Moore | DISTRICT<br>Eastern District of Michigan | DIVISION<br>Northern |
|---|---|---|
| | NAME OF SENTENCING JUDGE<br>David M. Lawson | |
| | DATES OF PROBATION/SUPERVISED RELEASE | FROM<br>August 14, 2008 | TO<br>August 13, 2012 |

OFFENSE

Conspiracy to Possess With Intent to Distribute at Least 500 Grams of Cocaine

**FILED**

**MAR 24 2010**

**U.S. DISTRICT COURT**
**BAY CITY, MICHIGAN**

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **Eastern District of Michigan**

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Eastern District of Texas upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

February 16, 2010
*Date*

Honorable David M. Lawson
U.S. District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **Eastern District of Texas**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

3-15-10
*Effective Date*

Richard A. Schell
United States District Judge